UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: _____

ALI KORDBACHEH, and all others
Similarly situated under 29 U.S.C. 216(b)

   Plaintiff,

v.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN, RUCHNAKS CORPORATION,
a Florida Profit Corporation, d/b/ a 7-ELEVEN and
BHARTIBEN SHAH, individually,

   Defendant(s).
_____/

## NOTICE OF REMOVAL

  Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants BHARTI CORP., RUCHNAKS CORPORATION, and BHARTIBEN SHAH, (collectively, Defendants), hereby remove the above-captioned action from the Circuit Court of the Fifteenth Judicial Circuit in and for the Palm Beach County, Florida (the "Circuit Court") to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. § 1331, 1441, and 1446. In support of this Notice of Removal, Defendants state as follows:

  1. On April 4, 2019, Plaintiff filed suit against Defendants in a Complaint entitled *ALI KORDBACHEH, and all others Similarly situated under 29 U.S.C. 216(b) v. BHARTI CORP., RUCHNAKS CORPORATION, and BHARTIBEN SHAH,*, Case No. 50-2019-CA-004432-XXXX-MB (the "Complaint"). A true and correct copy of the state court docket and documents are attached hereto as Exhibit A.

1

2. Defendants were served with a copy of the Complaint and Summons on April 26, 2019. Accordingly, pursuant to 28 U.S.C. § 1446(b), this notice of removal is being timely filed within thirty days of either of the Defendants receiving the initial pleading setting forth the claim for relief upon which such action or proceeding is based. None of the Defendants has previously filed any pleadings in this action.

3. In his Complaint, Plaintiff asserts causes of action pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, et seq. (the "FLSA"), seeking damages and other relief for alleged unpaid overtime wages and alleged unlawful retaliation. Plaintiff asserts his FLSA claims individually and on behalf of a proposed collective action of other current and former employees.

4. On April 10, 2019, these same attorneys representing Plaintiff also filed another FLSA Collective action materially identical to this case on behalf of another Plaintiff and against these same Defendants in this same District Court. That case is captioned, *JEAN DOUZE, and all others Similarly situated under 29 U.S.C. 216(b) v. BHARTI CORP., RUCHNAKS CORPORATION, and BHARTIBEN SHAH,*, Case No. 9:19- cv-80493-DMM.

5. This Court has original jurisdiction over Plaintiff's FLSA claims pursuant to 28 U.S.C. § 1331; and, pursuant to 28 U.S.C. § 1441(b), "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to citizenship or residence of the parties." *See Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691 (2003) (holding that FLSA action arises under federal law); *see Conine v. Universal Oil Prod. Co.*, CIV.A. 05-2011, 2006 WL 681180 (W.D. La. Mar. 14, 2006) (finding that, in light of *Breuer*, FMLA cases are clearly removable). Therefore, removal is proper under 28 U.S.C. § 1441 as this Court has original jurisdiction over the FLSA cause of action asserted by Plaintiff.

6. Although the Complaint asserts only a federal claim under the FLSA, pursuant to 28 U.S.C. § 1367, this Court would have supplemental jurisdiction over any state-law claims that Plaintiff might assert.

7. Removal to this judicial district is proper because this is the judicial district and division embracing the place where the state court case was brought and is pending. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

8. As required by 28 U.S.C. § 1446(d), promptly after the filing of this notice of removal, Defendants will give written notice thereof to all parties, and shall file a copy of this Notice of Removal with the Clerk of Court for the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. A copy of the Notice to State Court of Filing Removal is attached hereto as Exhibit B.

9. By filing this Notice of Removal, and as required under Fed. R. Civ. P. 81(c)(2), Defendants will respond to Plaintiff's Complaint within seven days of filing this Notice, unless an extension of the deadline is properly obtained pursuant to this Court's procedures.

10. Based on the foregoing, this action is hereby removed to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

Respectfully submitted, this 16th day of May, 2019

*/s/ Neil D. Kodsi*
NEIL D. KODSI
Florida Bar No. 0011255
Email: ndk@ndkodsilaw.com
THE LAW OFFICES OF NEIL D. KODSI
1666 J.F. Kennedy Causeway, Suite 420
North Bay Village, FL 33141
Telephone: 786-464-0841
Facsimile: 954-790-6722
**Counsel for Defendants**

/s/ Michael S. Elstein
MICHAEL S. ELSTEIN. ESQUIRE
Florida Bar No.
Email: michael@elsteinlaw.com
ELSTEIN LAW FIRM
8401 Lake Worth Road, Suite 107
Wellington, Florida  33467
Telephone: 954.928.0990
Facsimile: 954.491.4555
**Co-Counsel for Defendants**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 16, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served the foregoing via E-Mail to the following counsel of record for Plaintiff addressed as follows:

J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pererabarnhart.com
Valerie Barnhart, Esq.
Florida Bar No. 88549
valerie@pererabarnhart.com
Brody M. Shulman, Esq.
Florida Bar No. 92044
brody@pererabamhart.com
Waynice A. Green, Esq.
Florida Bar No. 116175
waynice@pererabarnhart.com
**PERERA BARNHART, P. A.**
12555 Orange Drive, Suite 268
Davie, Florida 33330
Telephone: 786- 485- 5232
**Counsel for Plaintiff**

/s/ Neil D. Kodsi
NEIL D. KODSI
Florida Bar No. 0011255
**Counsel for Defendants**

4