# EXHIBIT A



**SHARON R. BOCK**
Clerk & Comptroller
Palm Beach County

**CASE NUMBER: 50-2019-CA-004432-XXXX-MB**
**CASE STYLE: KORDBACHEH, ALI V BHARTI CORP**

Dockets & Documents ▾

Public = 🗒️        VOR = 🔒        In Process = 🔄

Page Size: 25 ▼

| | Docket Number | Effective Date | Description |
|---|---|---|---|
| 🗒️ | 1 | 04/04/2019 | CIVIL COVER SHEET |
| 🗒️ | 2 | 04/04/2019 | COMPLAINT |
| 🗒️ | 3 | 04/04/2019 | ~~CORRECT AND RESUBMIT SUMMONS NOT ISSUED AS TO BHARTI CORP EFILED *** DFT ON SUMMONS DOES NT MATCH DFT NAMED IN COMPLAINT *** |
| 🗒️ | 4 | 04/04/2019 | ~~CORRECT AND RESUBMIT SUMMONS NOT ISSUED AS TO RUCHNAKS CORPORATION EFILED *** DFT ON SUMMONS DOES NT MATCH DFT NAMED IN COMPLAINT *** |
| 🗒️ | 5 | 04/04/2019 | ~~CORRECT AND RESUBMIT SUMMONS NOT ISSUED AS TO BHARTIBEN VINAYKUMAR SHAH EFILED *** DFT ON SUMMONS DOES NT MATCH DFT NAMED IN COMPLAINT *** |
| 🗒️ | 6 | 04/04/2019 | REQUEST FOR ADMISSIONS |
| 🗒️ | 7 | 04/04/2019 | REQUEST FOR ADMISSIONS |
| 🗒️ | 8 | 04/04/2019 | REQUEST TO PRODUCE |
| 🗒️ | 9 | 04/04/2019 | REQUEST TO PRODUCE |
| 🗒️ | 10 | 04/04/2019 | NOTICE OF FILING INTERROGS |
| 🗒️ | 11 | 04/04/2019 | NOTICE OF FILING INTERROGS |
| | 12 | 04/05/2019 | DIVISION ASSIGNMENT |
| 🗒️ | 13 | 04/05/2019 | PAID $401.00 ON RECEIPT 3113027 |
| 🗒️ | 14 | 04/24/2019 | SUMMONS ISSUED |

| | 15 | 04/24/2019 | SUMMONS ISSUED |
|---|---|---|---|
| | 16 | 04/24/2019 | SUMMONS ISSUED |
| | 17 | 04/25/2019 | PAID $30.00 ON RECEIPT 3140278 |
| | 18 | 04/30/2019 | SERVICE RETURNED (NUMBERED) |
| | 19 | 04/30/2019 | SERVICE RETURNED (NUMBERED) |
| | 20 | 04/30/2019 | SERVICE RETURNED (NUMBERED) |

Filing # 87502765 E-Filed 04/04/2019 04:37:01 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I. CASE STYLE

IN THE CIRCUIT COURT OF THE <u>FIFTEENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>PALM BEACH</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Ali Kordbacheh</u>
Plaintiff
vs.
<u>Bharti Corp, Ruchnaks Corporation, Bhartiben Shah</u>
Defendant

### II. TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 – $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 – $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

NOT A CERTIFIED COPY

### COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

III.   **REMEDIES SOUGHT** (check all that apply):
    ☒   Monetary;
    ☐   Non-monetary declaratory or injunctive relief;
    ☐   Punitive

IV.   **NUMBER OF CAUSES OF ACTION:** (     )
    (Specify)

    <u>5</u>

V.   **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐   Yes
    ☒   No

VI.   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒   No
    ☐   Yes – If "yes" list all related cases by name, case number and court:

VII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒   Yes
    ☐   No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Waynice A Green</u>    FL Bar No.: <u>0116175</u>
    Attorney or party                                   (Bar number, if attorney)

<u>Waynice A Green</u>    <u>04/04/2019</u>
    (Type or print name)                               Date

NOT A CERTIFIED COPY

'ng # 88492718 E-Filed 04/24/2019 07:06:27 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 50-2019-CA-004432-XXXX-MB

ALI KORDBACHEH, and all others
similarly situated under 29 U.S. C. §216(b)

      Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

      Defendants. _____/

#890
4-26
3pm

### SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons, First Request for
Admissions, First Request for Production, First Set of Interrogatories and a copy of the Complaint
to Defendant:

**BHARTI CORP. d/b/a 7-ELEVEN**
**THROUGH ITS REGISTERED AGENT:**
**BHARTI SHAH**
**12021 SOUTHERN BLVD,**
**LOXAHATCHEE, FL 33470**

      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney,
whose name and address is: **Waynice Green, Esq.,** Perera Barnhart, 12555 Orange Drive, Second
Floor, Davie, FL 33330 within 20 calendar days after service of this summons on that Defendant,
exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court
either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do
so, a default will be entered against that Defendant for the relief demanded in the complaint or
petition.

DATED ON **Apr 25 2019** , 2019.

      SHARON R. BOCK, ESQ
      By: _____
      As Deputy Clerk
     1  **JOSIE LUCCE**
      PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

### SUMMONS:

### PERSONAL SERVICE OF A CORPORATION

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court. A phone call will not protect you. Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and you wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numerc del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o priva de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandante o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaires ont ele entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposser une response ecite a la plainte cijointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat. Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:      Waynice Green, Esq.
               Fla. Bar No.: 116175

Address:       Perera Barnhart
               12555 Orange Drive
               Second Floor
               Davie, FL 33330
               (786) 485-5232

PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

Filing # 87502765 E-Filed 04/04/2019 04:37:01 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: _____

ALI KORDBACHEH, and all others
similarly situated under 29 U.S. C. §216(b)

      Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

      Defendants.

_____/

## COMPLAINT

Plaintiff, ALI KORDBACHEH ("Plaintiff"), on behalf of himself and all others similarly situated under 29 U.S.C. § 216(b), hereby sues Defendants, BHARTI CORP. d/b/a 7-Eleven ("Bharti"), RUCHNAKS CORPORATION d/b/a 7-Eleven ("Ruchnaks"), and BHARTIBEN SHAH ("Shah") (collectively "Defendants"), and alleges as follows:

### INTRODUCTION

1.    This is an action for unpaid overtime wages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and for damages stemming from Defendants' retaliatory discharge pursuant to the FLSA's anti-retaliation provision, 29 U.S.C. § 215(a)(3).

2.    Plaintiff seeks damages within this court's jurisdictional requirements, a reasonable amount of attorneys' fee and costs, and all other remedies allowable by law.

3.     This lawsuit, for unpaid overtime wages, is brought as a collective action pursuant to 29 U.S.C. §216(b).

4.     Upon information and belief, Defendants have failed to compensate similarly situated employees in accordance with the FLSA by depriving them of the FLSA's required overtime premium.

## PARTIES, JURISDICTION AND VENE

5.     Bharti is, and was, a Florida profit corporation that conducted business in Palm Beach County, Florida during the relevant period.

6.     Ruchnaks is, and was, a Florida profit corporation that conducted business in Palm Beach County, Florida during the relevant period.

7.     Shah is, and was, an owner and operator of Bharti and Ruchnaks, and conducted business in Palm Beach County, Florida during the relevant period.

8.     Plaintiff was formerly employed by Defendants and performed work for Defendants in Palm Beach County.

9.     Venue is proper in this Court because Defendants transact business in Palm Beach County, Defendants maintain a principal place of business in Palm Beach County, Defendants employed Palm Beach County, and the claims arose within Palm Beach County .

## GENERAL ALLEGATIONS

### A. Defendants' Business and Employment Of Plaintiff

10.     Bharti operates as a gas station and convenience store under the franchise name 7-Eleven.

11.     Ruchnaks also operates as a gas station and convenience store under the franchise name 7-Eleven.

12.    7-Eleven's corporate website advertises Bharti and Ruchnaks' businesses.[1]

13.    Plaintiff began working for Defendants on or about August 2018.

14.    Plaintiff performed work for Defendants as a Cashier for both 7-Eleven store locations: 12021 Southern Blvd. Loxahatchee, Florida and 11975 Southern Blvd. West Palm Beach Florida.

15.    Defendants were Plaintiff's employer, joint employer, or co-employer for purposes of the FLSA as the term employer is defined by 29 U.S.C. § 203 during the relevant period.

16.    In accordance with 7-Eleven policies and procedures, Plaintiff was required to wear a uniform consisting of a T-Shirt displaying the 7-Eleven emblem while on duty at both of Defendants' locations.

**B.  Defendants' Illegal Payment Practices.**

17.    During his employment with Defendants, Plaintiff frequently worked over 40 hours a week.

18.    For example, Plaintiff would regularly be called upon to stay past his scheduled shift to cover for other employees who were late or did not show up at all.

19.    On numerous occasions, Plaintiff would work his 6:00 p.m. to 2:00 a.m. shift and then be required to work a double shift from 2:00 a.m. until 10:00 a.m.

20.    On average, Plaintiff was forced to work roughly forty-five (45) hours a week.

21.    Throughout Plaintiff's employment, Defendants had knowledge of Plaintiff's overtime hours, but purposefully failed to provide him complete and adequate overtime pay in violation of the FLSA.

---

[1]   https://www.7-eleven.com/locations/fl/loxahatchee/12021-southern-blvd-33002
https://www.7-eleven.com/locations/fl/west%20palm%20beach/11975-southern-blvd-34852

PERERA BARNHART, P.A.,
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

22.     Defendants willfully and intentionally refused to pay Plaintiff in accordance with the FLSA.

23.     Upon information and belief, Defendants engaged in this illegal activity for other similarly-situated employees who worked overtime hours.

24.     Moreover, Defendants manipulated time records to reflect Plaintiff working less hours than he actually worked.

25.     Due to Defendants' continued non-payment, Plaintiff complained about Defendants' practice of not compensating him for overtime hours worked and, on multiple occasions, requested that Defendants provide him with a copy of his pay records to review his work hours and pay.

26.     Defendants, in an effort to conceal their illegal pay practice, refused to provide Plaintiff with the time records requested.

27.     On or about January 28, 2019, Plaintiff made what would be his last request for his time records and proper overtime pay.

28.     After his complaint regarding his non-payment of overtime wages on January 28, 2019, Plaintiff was immediately terminated by his Store Manager, Christian.

29.     Plaintiff's termination was motivated by his complaints for unpaid overtime wages which is in violation of FLSA's anti-retaliation protections.

## C. **Defendants' Illegal Payment Practices Affected All Other Similarly Situated Employees.**

30.     Upon information and belief, Defendants' pattern and practice of depriving non-exempt employees of some or all overtime compensation extended to other individuals at the company, including several other similarly situated employees.

31.     Defendants failed to keep accurate time records for all hours worked by all other similarly situated employees.

32.     Defendants failed to pay all other similar situated employees in accordance with the proper number of hours worked.

33.     Plaintiff, on behalf of himself and all other similarly situated employees, has retained undersigned counsel and agreed to pay a reasonable attorneys' fee for all services rendered.

**COUNT I**
**OVERTIME VIOLATIONS AGAINST BHARTI UNDER THE FAIR LABOR STANDARDS ACT AS TO PLAINTIFF AND ALL OTHERS SIMILARLY SITUATED**

34.     Plaintiff, and those similarly-situated, re-alleges and incorporates by reference the allegations in paragraphs 1 through 33 above as if fully set forth herein.

35.     Upon information and belief, Bharti's annual volume of sales or business exceeded $500,000 during the relevant period.

36.     As part of its regular business, Bharti purchased goods and materials that traveled through interstate commerce.

37.     At all relevant times, Bharti employed two or more employees, including Plaintiff, that customarily, continually, and regularly handled goods and materials that i) were purchased from a person or entity outside the state of Florida and/or ii) were purchased in Florida but had previously traveled through interstate commerce.

38.     Upon information and belief, Bharti obtained and solicited funds from non-Florida sources, accepted funds from non-Florida sources, used telephonic transmissions going over state lines to do its business, transmitted funds outside the State of Florida, used electronic means to

market and run its business in a way that was not limited to Florida, and otherwise regularly engaged in interstate commerce during the relevant period.

39.     Bharti, upon information and belief, accepted credit card payments, wire transfers, and other forms of payments made or processed outside the state of Florida during the relevant time period.

40.     Bharti is an employer engaged in interstate commerce and subject to the FLSA.

41.     During his employment with Bharti, Plaintiff worked overtime hours for which he was not compensated at a rate of time-and-a-half his regularly rate of pay as required by the FLSA.

42.     Plaintiff is owed unpaid overtime compensation pursuant to the FLSA.

43.     Other similarly situated non-exempt employees of Bharti were also deprived of overtime compensation at a rate of time-and-a-half their regularly rate of pay as required by the FLSA.

44.     In addition, Bharti is liable for double the overtime amounts owed as liquidated damages under the FLSA as a result of its intentional and willful violations for up to the three-year statute of limitations afforded by the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

a.     Enter judgment for Plaintiff against Bharti under the FLSA;

b.     Award Plaintiff actual damages for the unpaid overtime wages;

c.     Award Plaintiff liquidated damages;

d.     Award Plaintiff attorneys' fees and costs;

e.     Award Plaintiff all recoverable interest; and

f.     Award any other relief this Honorable Court deems just and proper.

## COUNT II
### OVERTIME VIOLATIONS AGAINST RUCHNAKS UNDER THE FAIR LABOR STANDARDS ACT AS TO PLAINTIFF AND ALL OTHERS SIMILARLY SITUATED

45.     Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 33 above as if fully set forth herein.

46.     Upon information and belief, Ruchnaks' annual volume of sales or business exceeded $500,000 during the relevant period.

47.     As part of its regular business, Ruchnaks purchased goods and materials that traveled through interstate commerce.

48.     At all relevant times, Ruchnaks employed two or more employees, including Plaintiff, that customarily, continually, and regularly handled goods and materials that i) were purchased from a person or entity outside the state of Florida and/or ii) were purchased in Florida but had previously traveled through interstate commerce.

49.     Upon information and belief, Ruchnaks obtained and solicited funds from non-Florida sources, accepted funds from non-Florida sources, used telephonic transmissions going over state lines to do its business, transmitted funds outside the State of Florida, used electronic means to market and run its business in a way that was not limited to Florida, and otherwise regularly engaged in interstate commerce during the relevant period.

50.     Ruchnaks, upon information and belief, accepted credit card payments, wire transfers, and other forms of payments made or processed outside the state of Florida during the relevant.

51.     Ruchnaks is an employer engaged in interstate commerce and subject to the FLSA.

PERERA BARNHART, P.A.
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

52.     During his employment with Ruchnaks, Plaintiff worked overtime hours for which he was not compensated at a rate of time-and-a-half his regularly rate of pay as required by the FLSA.

53.     Plaintiff is owed unpaid overtime compensation pursuant to the FLSA.

54.     Other similarly situated non-exempt employees of Ruchnaks were also deprived of overtime compensation at a rate of time-and-a-half their regularly rate of pay as required by the FLSA.

55.     In addition, Ruchnaks is liable for double the overtime amounts owed as liquidated damages under the FLSA as a result of its intentional and willful violations for up to the three-year statute of limitations afforded by the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

a.      Enter judgment for Plaintiff against Ruchnaks under the FLSA;

b.      Award Plaintiff actual damages for the unpaid overtime wages;

c.      Award Plaintiff liquidated damages;

d.      Award Plaintiff attorneys' fees and costs;

e.      Award Plaintiff all recoverable interest; and

f.      Award any other relief this Honorable Court deems just and proper.

**COUNT III**
**OVERTIME VIOLATIONS AGAINST SHAH UNDER THE FAIR LABOR**
**STANDARDS ACT AS TO PLAINTIFF AND ALL OTHERS SIMILARLY SITUATED**

56.     Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 33 above as if fully set forth herein.

57.     During the entire relevant period, Shah was an Executive Officer and owner of both corporate Defendants Bharti and Ruchnaks.

58.     During the relevant period, Shah operated the day-to-day activities of Bharti and Ruchnaks, had supervisory authority over Plaintiff, and was partially or totally responsible for paying Plaintiff's wages for the hours he worked for both companies.

59.     Shah was Plaintiff's employer, joint employer, or co-employer for purposes of the FLSA as the term employer is defined by 29 U.S.C. § 203 during some or all of the relevant period.

60.     During his employment with Defendants, Plaintiff worked overtime hours for which he was not compensated at a rate of time-and-a-half his regularly rate of pay as required by the FLSA.

61.     Shah had knowledge of these overtime wages.

62.     Plaintiff is owed unpaid overtime compensation pursuant to the FLSA.

63.     Other similarly situated non-exempt employees of Defendants were also deprived overtime compensation at a rate of time-and-a-half their regularly rate of pay as required by the FLSA.

64.     Shah is also jointly and severally liable for double the overtime amounts owed as liquidated damages under the FLSA as a result of intentional and willful violations of the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

a.     Enter judgment for Plaintiff against Shah under the FLSA;

b.     Award Plaintiff actual damages for the unpaid overtime wages;

c.     Award Plaintiff liquidated damages;

d.     Award Plaintiff attorneys' fees and costs;

e.     Award Plaintiff all recoverable interest; and

f.     Award any other relief this Honorable Court deems just and proper.

PERERA BARNHART, P.A.
12555 ORANGE DRIVE   SECOND FLOOR   DAVIE, FLORIDA 33330   PHONE (786) 485.5232

## COUNT IV
## FAIR LABOR STANDARDS ACT
## RETALIATION VIOLATION AGAINST BHARTI

65.     Plaintiff, re-alleges and incorporates by reference the allegations in paragraphs 1 through 29 above as if fully set forth herein.

66.     Defendant terminated Plaintiff's employment as a result of Plaintiff's decision to exercise his right to recover his unpaid wages.

67.     Such retaliation violates § 215(a)(3) of the FLSA which states, in pertinent part, that it is a violation to "discharge or in any other manner discriminate against any employee because such employee has filed a complaint or instituted, or caused to be instituted, any proceeding under or related to this Act, or has testified or is about to testify in any such proceeding...."

68.     Plaintiff's complaint regarding not being paid properly for all overtime hours worked was the true reason for Plaintiff's discharge.

69.     Defendant's conduct as set forth above constitutes a violation of the FLSA's anti-retaliation provision.

70.     As a result of Defendant's direct violation of the FLSA, Plaintiff has been damaged.

**WHEREFORE,** Plaintiff, respectfully requests that the Court:

a.   Enter judgment for Plaintiff against Bharti under the FLSA;

b.   Award Plaintiff actual damages for the back wages;

c.   Award Plaintiff liquidated damages;

d.   Award Plaintiff actual damages for the front/future wages;

e.   Award Plaintiff compensatory damages;

f.   Award Plaintiff his attorneys' fees and costs;

PERERA BARNHART, P.A.,
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

g. Award Plaintiff all recoverable interest; and

h. Award any other relief this Honorable Court deems just and proper.

## COUNT V
## FAIR LABOR STANDARDS ACT
## RETALIATION VIOLATION AGAINST RUCHNAKS

71. Plaintiff, re-alleges and incorporates by reference the allegations in paragraphs 1 through 29 above as if fully set forth herein.

72. Defendant terminated Plaintiff's employment as a result of Plaintiff's decision to exercise his right to recover his unpaid wages.

73. Such retaliation violates Section § 215(a)(3) of the FLSA which states, in pertinent part, that it is a violation to "discharge or in any other manner discriminate against any employee because such employee has filed a complaint or instituted, or caused to be instituted, any proceeding under or related to this Act, or has testified or is about to testify in any such proceeding...."

74. Plaintiff's complaint regarding not being paid properly for all overtime hours worked was the true reason for Plaintiff's discharge.

75. Defendant's conduct as set forth above constitutes a violation of the FLSA's anti-retaliation provision.

76. As a result of Defendant's direct violation of the FLSA, Plaintiff has been damaged.

**WHEREFORE,** Plaintiff, respectfully requests that the Court:

a. Enter judgment for Plaintiff against Ruchnak under the FLSA;

b. Award Plaintiff actual damages for the back wages;

c. Award Plaintiff liquidated damages;

d. Award Plaintiff actual damages for the front/future wages;

PERERA BARNHART, P.A.
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

e.  Award Plaintiff compensatory damages;

f.  Award Plaintiff his attorneys' fees and costs;

g.  Award Plaintiff all recoverable interest; and

h.  Award any other relief this Honorable Court deems just and proper.

## JURY TRIAL

Plaintiff hereby requests a trial by jury with respect to all claims so triable.

Dated:  April 4, 2019

Respectfully submitted,

By: */s/ Waynice A. Green*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pererabarnhart.com
Valerie Barnhart, Esq.
Florida Bar No. 88549
valerie@pererabarnhart.com
Brody M. Shulman, Esq.
Florida Bar No.: 092044
brody@pererabarnhart.com
Waynice A. Green, Esq.
Florida Bar No. 116175
waynice@pererabarnhart.com
**PERERA BARNHART, P.A.**
12555 Orange Drive, Second Floor
Davie, Florida 33330
Telephone: 786-485-5232
*Counsel for Plaintiff*

Filing # 87502765 E-Filed 04/04/2019 04:37:01 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: _____

ALI KORDBACHEH, and all others
similarly situated under 29 U.S.C. §216(b)

      Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

_____ Defendants. _____/

**SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons, First Request for Admissions, First Request for Production, First Set of Interrogatories and a copy of the Complaint to Defendant:

**BHARTI CORP.**
**THROUGH ITS REGISTERED AGENT:**
**BHARTI SHAH**
**12021 SOUTHERN BLVD,**
**LOXAHATCHEE, FL 33470**

      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **Waynice Green, Esq.,** Perera Barnhart, 12555 Orange Drive, Second Floor, Davie, FL 33330 within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

      DATED ON _____, 2019.

                SHARON R. BOCK, ESQ
                By: _____
                      As Deputy Clerk

1
PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

## SUMMONS:

## PERSONAL SERVICE OF A CORPORATION

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court. A phone call will not protect you. Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and you wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o priva de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandante o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour depasser une response ecite a la plainte cijointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat. Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:     Waynice Green, Esq.
              Fla. Bar No.: 116175

Address:      Perera Barnhart
              12555 Orange Drive
              Second Floor
              Davie, FL 33330
              (786) 485-5232

Filing # 87502765 E-Filed 04/04/2019 04:37:01 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: _____

ALI KORDBACHEH, and all others
similarly situated under 29 U.S. C. §216(b)

      Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

      Defendants.                                    /

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons First Request for Admissions, First Request for Production, First Set of Interrogatories and a copy of the Complaint to Defendant:

**RUCHNAKS CORPORATION**
**THROUGH ITS REGISTERED AGENT:**
**BHARTIBEN VINAYKUMAR SHAH**
**11139 NARRAGANSETT BAY COURT**
**WELLINGTON, FL 33414**

      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **Waynice Green Esq.,** Perera Barnhart, 12555 Orange Drive, Second Floor, Davie, FL 33330 within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

      DATED ON _____, 2019.

                    SHARON R. BOCK, ESQ
                    By: _____
                         As Deputy Clerk

1
PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

## SUMMONS:

## PERSONAL SERVICE OF A CORPORATION

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and you wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o priva de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandante o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposser une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un breau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:        Waynice Green, Esq.
                 Fla. Bar No.: 116175

Address:         Perera Barnhart
                 12555 Orange Drive
                 Second Floor
                 Davie, FL 33330
                 (786) 485-5232

NOT A CERTIFIED COPY

Filing # 87502765 E-Filed 04/04/2019 04:37:01 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.:_____

ALI KORDBACHEH, and all others
similarly situated under 29 U.S. C. §216(b)

     Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

_____Defendants._____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

     YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint
to Defendant:

### BHARTIBEN VINAYKUMAR SHAH
### 11139 NARRAGANSETT BAY COURT
### WELLINGTON, FL 33414

     Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney,
whose name and address is: **Waynice Green, Esq.,** Perera Barnhart, 12555 Orange Drive, Second
Floor, Davie, FL 33330 within 20 calendar days after service of this summons on that Defendant,
exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court
either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do
so, a default will be entered against that Defendant for the relief demanded in the complaint or
petition.

     DATED ON _____, 2019.

                  SHARON R. BOCK, ESQ
                  By: _____
                      As Deputy Clerk

1
PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

**SUMMONS:**

**PERSONAL SERVICE OF A CORPORATION**

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court. A phone call will not protect you. Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and you wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o priva de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandante o Abogado de Demandante).

**IMPORTANT**

Des poursuites judiciaries ont ele entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour depposer une response ecite a la plainte cijointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat. Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:      Waynice Green, Esq.
               Fla. Bar No.: 116175

Address:       Perera Barnhart
               12555 Orange Drive
               Second Floor
               Davie, FL 33330
               (786) 485-5232

Filing # 87502765 E-Filed 04/04/2019 04:37:01 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: _____

ALI KORDBACHEH, and all others
similarly situated under 29 U.S. C. §216(b)

      Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

      Defendants.

_____/

## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO BHARTI CORP.

      Ali Kordbacheh ("Plaintiff"), by and through undersigned counsel, and pursuant to Florida

Rule of Civil Procedure 1.370, hereby requests that Bharti Corp. d/b/a 7-Eleven ("Bharti" or

"Defendant") admit the truth of the following statements or opinions of fact, or the application of

the law to fact, including genuineness of any documents described below within forty-five (45)

days from the date of service.

### INTRODUCTION

      If Bharti fails to respond or object to any request within forty-five (45) days of the service

of the Requests, the matter shall be deemed admitted under the Florida Rules of Civil Procedure.

As is more fully set out below, the Defendant must admit or deny each request, and, where

necessary, specify the parts of each request to which it objects or cannot in good faith admit or

deny. If the Defendant objects to only part of a Request, it must admit or deny the remainder of

the Request.  In the event that the Defendant objects to or denies any Request or portion of a Request, the Defendant must state the reasons for its objection or denial.

Each Request solicits all information obtainable by Defendant in addition to Defendant's attorneys, investigators, agents, employees and representatives. If you answer a Request on the basis that you lack sufficient information to respond, describe any and all efforts you made to inform yourself of the facts and circumstances necessary to answer or respond.

## DEFINITIONS

1.      The term "you," "your" "yours" or "Defendant" means Bharti and any directors, officers, employees, agents, representatives, or other persons acting, or purporting to act, on behalf of Defendant.

2.  The term "date" shall mean the exact date, month and year, if ascertainable or, if not, the best approximation of the date (based upon relationship with other events).

3.  The word "document" shall mean any writing, recording, electronically stored information or photograph in your actual or constructive possession, custody, care or control, which pertain directly or indirectly, in whole or in part, either to any of the subjects listed below or to any other matter relevant to the issues in this action, or which are themselves listed below as specific documents, including, but not limited to: correspondence, memoranda, notes, messages, diaries, minutes, books, reports, charts, ledgers, invoices, computer printouts, microfilms, video tapes or tape recordings.

4.  The singular shall include the plural and vice versa; and the terms "and" or "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

5. The term "entity" means any individual, partnership, company, corporation, association, business trust, partnership, limited partnership, organization, agency or any other legal entity.

6. The term "agent" shall mean any agent, employee, officer, director, attorney, independent contractor or any other person acting at the direction of or on behalf of another.

7. The term "agreement" is defined as an understanding between Plaintiff and Defendant as to the terms and conditions of any work relationship Plaintiff had with Defendant.

8. "This lawsuit" refers to the case identified in the case style above.

9. The term "Complaint" means the complaint or amended complaint filed by Plaintiff in the above styled lawsuit.

10. The term "Plaintiff" shall mean, Ali Kordbacheh.

11. Unless otherwise stated below, the "relevant period" shall mean August 1, 2018 to the date you are providing answers to this Request for Admissions.

12. All interrogatories below are limited to the relevant period unless otherwise stated.

## REQUESTS FOR ADMISSIONS

1.      Admit that Plaintiff was an employee of Bharti.

2.      Admit that Bharti had an annual dollar volume of sales or business of at least $500,000.00 during the year 2017.

3.      Admit that Bharti had an annual dollar volume of sales or business of at least $500,000.00 during the year 2018.

4.      Admit that Plaintiff worked over forty (40) hours a week on at least one workweek during the relevant period.

5.      Admit that for at least one work week in which Plaintiff worked in excess of forty (40) hours, Bharti did not pay Plaintiff at a rate of at least one-and-one-half times Plaintiff's regular rate for hours worked in excess of forty (40).

6.      Admit that Plaintiff requested time records reflecting the hours he worked for Bharti.

7.      Admit that Bharti did not keep records of hours worked by Plaintiff during the relevant time period.

8.      Admit that Bharti does not know the precise amount of work performed by Plaintiff during the relevant time period.

9.      Admit that Plaintiff complained about not receiving paystubs.

10.     Admit that the Fair Labor Standards Act applied to your business during the relevant period.

11.     Admit that the records maintained by Bharti do not provide Plaintiff with a basis for determining the precise number of hours worked by her during each work week during the relevant period.

12.     Admit that during the relevant time period Bharti knew about the provisions of the Fair Labor Standards Act.

13.     Admit that if Bharti failed to maintain time records in accordance with the requirement of the Fair Labor Standards Act, 29 U.S.C. Sec. 201 *et seq.* then such a failure would be a violation of the Fair Labor Standards Act.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was served along with the Complaint in this matter.

Respectfully submitted,

By: /s/ *Waynice A. Green*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pererabarnhart.com
Valerie Barnhart, Esq.
Florida Bar No. 88549
valerie@pererabarnhart.com
Brody M. Shulman, Esq.
Florida Bar No. 92044
brody@pererabarnhart.com
Waynice A. Green, Esq.
Florida Bar No. 116175
waynice@pererabarnhart.com
**PERERA BARNHART, P.A.**
12555 Orange Drive, Suite 268
Davie, Florida 33330
Telephone: 786-485-5232
*Counsel for Plaintiff*

Filing # 87502765 E-Filed 04/04/2019 04:37:01 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: _____

ALI KORDBACHEH, and all others
similarly situated under 29 U.S. C. §216(b)

      Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

      Defendants.

_____/

## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO RUCHNAKS CORPORATION

      Ali Kordbacheh ("Plaintiff"), by and through undersigned counsel, and pursuant to Florida

Rule of Civil Procedure 1.370, hereby requests that Ruchnaks Corporation d/b/a 7-Eleven

("Ruchnaks" or "Defendant") admit the truth of the following statements or opinions of fact, or

the application of the law to fact, including genuineness of any documents described below within

forty-five (45) days from the date of service.

### INTRODUCTION

      If Ruchnaks fails to respond or object to any request within forty-five (45) days of the

service of the Requests, the matter shall be deemed admitted under the Florida Rules of Civil

Procedure. As is more fully set out below, the Defendant must admit or deny each request, and,

where necessary, specify the parts of each request to which it objects or cannot in good faith admit

or deny. If the Defendant objects to only part of a Request, it must admit or deny the remainder

of the Request.  In the event that the Defendant objects to or denies any Request or portion of a Request, the Defendant must state the reasons for its objection or denial.

Each Request solicits all information obtainable by Defendant in addition to Defendant's attorneys, investigators, agents, employees and representatives. If you answer a Request on the basis that you lack sufficient information to respond, describe any and all efforts you made to inform yourself of the facts and circumstances necessary to answer or respond.

### DEFINITIONS

1.      The term "you," "your" "yours" or "Defendant" means Ruchnaks and any directors, officers, employees, agents, representatives, or other persons acting, or purporting to act, on behalf of Defendant.

2.  The term "date" shall mean the exact date, month and year, if ascertainable or, if not, the best approximation of the date (based upon relationship with other events).

3.  The word "document" shall mean any writing, recording, electronically stored information or photograph in your actual or constructive possession, custody, care or control, which pertain directly or indirectly, in whole or in part, either to any of the subjects listed below or to any other matter relevant to the issues in this action, or which are themselves listed below as specific documents, including, but not limited to: correspondence, memoranda, notes, messages, diaries, minutes, books, reports, charts, ledgers, invoices, computer printouts, microfilms, video tapes or tape recordings.

4.  The singular shall include the plural and vice versa; and the terms "and" or "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

5.  The term "entity" means any individual, partnership, company, corporation, association, business trust, partnership, limited partnership, organization, agency or any other legal entity.

6.  The term "agent" shall mean any agent, employee, officer, director, attorney, independent contractor or any other person acting at the direction of or on behalf of another.

7.  The term "agreement" is defined as an understanding between Plaintiff and Defendant as to the terms and conditions of any work relationship Plaintiff had with Defendant.

8.  "This lawsuit" refers to the case identified in the case style above.

9.  The term "Complaint" means the complaint or amended complaint filed by Plaintiff in the above styled lawsuit.

10. The term "Plaintiff" shall mean, Ali Kordbacheh.

11. Unless otherwise stated below, the "relevant period" shall mean August 1, 2018 to the date you are providing answers to this Request for Admissions.

12. All interrogatories below are limited to the relevant period unless otherwise stated.

## REQUESTS FOR ADMISSIONS

1.      Admit that Plaintiff was an employee of Ruchnaks.

2.      Admit that Ruchnaks had an annual dollar volume of sales or business of at least $500,000.00 during the year 2017.

3.      Admit that Ruchnaks had an annual dollar volume of sales or business of at least $500,000.00 during the year 2018.

4.      Admit that Plaintiff worked over forty (40) hours a week on at least one workweek during the relevant period.

5.      Admit that for at least one work week in which Plaintiff worked in excess of forty (40) hours, Ruchnaks did not pay Plaintiff at a rate of at least one-and-one-half times Plaintiff's regular rate for hours worked in excess of forty (40).

6.      Admit that Plaintiff requested time records reflecting the hours he worked for Ruchnaks.

7.      Admit that Ruchnaks did not keep records of hours worked by Plaintiff during the relevant time period.

8.      Admit that Ruchnaks does not know the precise amount of work performed by Plaintiff during the relevant time period.

9.      Admit that Plaintiff complained about not receiving paystubs.

10.     Admit that the Fair Labor Standards Act applied to your business during the relevant period.

11.     Admit that the records maintained by Ruchnaks do not provide Plaintiff with a basis for determining the precise number of hours worked by her during each work week during the relevant period.

12.     Admit that during the relevant time period Ruchnaks knew about the provisions of the Fair Labor Standards Act.

13.     Admit that if Ruchnaks failed to maintain time records in accordance with the requirement of the Fair Labor Standards Act, 29 U.S.C. Sec. 201 *et seq.* then such a failure would be a violation of the Fair Labor Standards Act.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was served along with the Complaint in this matter.

Respectfully submitted,

By: /s/ *Waynice A. Green*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pererabarnhart.com
Valerie Barnhart, Esq.
Florida Bar No. 88549
valerie@pererabarnhart.com
Brody M. Shulman, Esq.
Florida Bar No. 92044
brody@pererabarnhart.com
Waynice A. Green, Esq.
Florida Bar No. 116175
waynice@pererabarnhart.com
**PERERA BARNHART, P.A.**
12555 Orange Drive, Suite 268
Davie, Florida 33330
Telephone: 786-485-5232
*Counsel for Plaintiff*

Filing # 87502765 E-Filed 04/04/2019 04:37:01 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.:_____

ALI KORDBACHEH, and all others
similarly situated under 29 U.S. C. §216(b)

     Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

     Defendants.

_____/

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO BHARTI CORP.

     Ali Kordbacheh ("Plaintiff"), by and through undersigned counsel, and pursuant to the Florida Rules of Civil Procedure, propounds the following request for production on BHARTI CORP. d/b/a 7-ELEVEN ("Bharti" or "Defendant"). The documents are to be produced or mailed to J. Freddy Perera, Esq. at Perera Barnhart, P.A., 12555 Orange Drive, Second Floor, Davie, FL 33330, within forty-five (45) days from the date of service.

### DEFINITIONS AND INSTRUCTIONS

     Please refer to these definitions and instructions in providing your response. Unless otherwise clearly indicated by the context thereof, the following definitions and instructions shall apply to each of the requests set forth below:

     1.    The term "Plaintiff" shall mean Ali Kordbacheh.

2.      The term "you," "your" or "Bharti" means the party to which this request is addressed, including your agents, attorneys, and all other persons acting or purporting to act on your behalf.

3.      "Document" is defined as broadly permitted under the Florida Rules of Civil Procedure and includes all materials and things subject to production under those Rules. "Document" means the complete original or a true, correct and complete copy and any non-identical copies of any written or graphic matter, whether printed, graphic, recorded or reproduced, or stored by any other electronic or mechanical process, or written or produced by hand: affidavits; agreements; e-mails; communications; correspondence; telegrams; memoranda; tape recordings; statements; notes; summaries or records of telephone conversations; summaries or records of personal conversations or interviews; diaries; log books; calendars; reports; notebooks; computer files (whether stored on disks, tapes, diskettes, hard drive, or otherwise); computer printouts; charts; summaries or records of meetings or conferences; summaries or reports of investigations or negotiations; drafts; letters; any marginal comments or notes appearing on any document; and any and all other writings and physical evidence.

4.      The term "all documents" shall mean every document as above-defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

5.      The terms "and" or "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

6.      The words "concerning," "relate to" or "reflecting" include referring to, responding to, relating to, connected with, regarding, discussing, analyzing, evidencing, showing, depicting, describing, implying and constituting.

7.      "This lawsuit" refers to the case identified in the case style above.

8.    The requests below only ask for information that are within your possession, custody and/or control.

9.    When producing the documents, please keep all documents segregated by the file in which the documents indicate the name of the file in which the documents are contained and the name of the documents being produced.

10.    In the event such file(s) or document(s) has been removed for the purposes of this action or other purpose, please state the name and address of the person who removed the file, the title of the file and each subfile, if any, maintained within the file and the present location of the file.

11.    If you choose to withhold any documents from production for inspection and copying on the ground of privilege or the like, it is requested that, in addition to identifying the documents so withheld, the general subject matter of the document, the date of the document and the specific grounds for withholding said documents.

12.    Unless otherwise stated below, the "relevant period" shall mean August 1, 2018 until the date you are providing your responses to this Request for Production.

13.    All interrogatories below are limited to the relevant period unless otherwise states.

14.    Responses should be modified and/or supplemented as required by the Florida Rules of Civil Procedure.

## DOCUMENTS TO BE PRODUCED

1.      Produce all documents, regardless of by whom prepared (including, but not limited to, any sign-in sheets, time records, etc.) showing or relating to all hours worked by Plaintiff for Bharti during the relevant period.

2.      Produce the entire personnel file for Plaintiff.

3.      Produce Bharti's tax returns for 2017 and 2018.

4.      Produce documents showing any and all payments made by Bharti to Plaintiff during the relevant period.

5.      Produce all e-mails, texts, or documents evidencing Plaintiff's expected work hours during the relevant period.

6.      Produce all payroll practice guidelines, record keeping guidelines, memos or other directives instructing Bharti's owners and or personnel on proper procedures for ensuring that employees received accurate compensation for all hours worked.

7.      Produce all documents relating to any prior actual or threatened claim for unpaid wages received by Bharti during the previous five (5) years.

8.      Produce any organizational chart drafted or prepared by Bharti that shows its organizational structure during all or any part of the relevant period.

9.      Produce Bharti's corporate documents that contain information evidencing who has an ownership interest in Bharti, how ownership is held, and/or how Bharti's corporate structure was designed during the relevant period.

10.      Produce all documents showing the different manners (cash, credit card, wire, etc.) Bharti accepted payment for its services during the relevant period.

11.     Produce all employee handbooks/manuals maintained by Bharti that were effective during the relevant period.

12.     Produce documents that reflect and/or evidence the job duties or type of work rendered by Plaintiff for Bharti during the relevant period.

13.     Produce all documents relating to a proposed, possible, or actual change in Plaintiff's job responsibilities during the relevant period.

14.     Produce all time-records showing the hours worked by Plaintiff for Bharti during the relevant period.

15.     Produce any and all documents, correspondence, memoranda, notes or other communications exchanged between Bharti (including its agents, employees, and officers) and Plaintiff relating to the allegations in Plaintiff's Complaint.

16.     Produce all documents showing all training provided to Plaintiff in connection with his position(s) for Bharti during the relevant period.

17.     Produce all documents provided by Bharti to Plaintiff relating to how Plaintiff should perform Plaintiff's job(s) during the relevant period.

18.     Produce all tax documents (1099, W-2, etc.) issued by Bharti to Plaintiff for work performed during the relevant period.

19.     Produce documents listing the individuals employed by Bharti during the relevant period, the positions of each individual employee, the classification of each individual employee, the individual's dates of employment, the duties of each individual, how each individual was compensated (hourly or salary), and/or each individual's name and last known contact information.

20.     Produce all contractual or memorialized agreements between the parties evidencing Plaintiff's work obligations that were effective during the relevant time period.

PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

21.     Produce all contractual or franchise agreements between 7-Eleven and Bharti during the relevant time period.

22.     Produce all documents in support of any contention that Plaintiff was exempt s from the overtime provisions of the FLSA during the relevant period as it relates to Bharti.

23.     Produce all documents evidencing that Bharti made a good-faith effort to comply with wage and hour regulations.

24.     Produce documents that relate in any way to the allegations in the operative Complaint.

25.     Produce all documents you believe support any defenses you may have to the allegations in Plaintiff's Complaint.

26.     Produce any and all documents used or relied upon by Bharti in order to respond to Plaintiff's First Set of Interrogatories.

PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been served along with the Complaint in this matter.

Respectfully submitted,

By: /s/ *Waynice A. Green*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pererabarnhart.com
Valerie Barnhart, Esq.
Florida Bar No. 88549
valerie@pererabarnhart.com
Brody M. Shulman, Esq.
Florida Bar No. 92044
brody@pererabarnhart.com
Waynice A. Green, Esq.
Florida Bar No. 116175
waynice@pererabarnhart.com
**PERERA BARNHART, P.A.**
12555 Orange Drive, Suite 268
Davie, Florida 33330
Telephone: 786-485-5232
*Counsel for Plaintiff*

Filing # 87502765 E-Filed 04/04/2019 04:37:01 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.:_____

ALI KORDBACHEH, and all others
similarly situated under 29 U.S. C. §216(b)

      Plaintiff(s),

vs.

RUCHNAKS CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
RUCHNAKSBEN SHAH, individually,

      Defendants.

_____/

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO RUCHNAKS CORPORATION

      Ali Kordbacheh ("Plaintiff"), by and through undersigned counsel, and pursuant to the Florida Rules of Civil Procedure, propounds the following request for production on Ruchnaks Corporation d/b/a 7-Eleven ("Ruchnaks" or "Defendant"). The documents are to be produced or mailed to J. Freddy Perera, Esq. at Perera Barnhart, P.A., 12555 Orange Drive, Second Floor, Davie, FL 33330, within forty-five (45) days from the date of service.

### DEFINITIONS AND INSTRUCTIONS

      Please refer to these definitions and instructions in providing your response. Unless otherwise clearly indicated by the context thereof, the following definitions and instructions shall apply to each of the requests set forth below:

    1.    The term "Plaintiff" shall mean Ali Kordbacheh.

2.      The term "you," "your" or "Ruchnaks" means the party to which this request is addressed, including your agents, attorneys, and all other persons acting or purporting to act on your behalf.

3.      "Document" is defined as broadly permitted under the Florida Rules of Civil Procedure and includes all materials and things subject to production under those Rules. "Document" means the complete original or a true, correct and complete copy and any non-identical copies of any written or graphic matter, whether printed, graphic, recorded or reproduced, or stored by any other electronic or mechanical process, or written or produced by hand: affidavits; agreements; e-mails; communications; correspondence; telegrams; memoranda; tape recordings; statements; notes; summaries or records of telephone conversations; summaries or records of personal conversations or interviews; diaries; log books; calendars; reports; notebooks; computer files (whether stored on disks, tapes, diskettes, hard drive, or otherwise); computer printouts; charts; summaries or records of meetings or conferences; summaries or reports of investigations or negotiations; drafts; letters; any marginal comments or notes appearing on any document; and any and all other writings and physical evidence.

4.      The term "all documents" shall mean every document as above-defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

5.      The terms "and" or "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

6.      The words "concerning," "relate to" or "reflecting" include referring to, responding to, relating to, connected with, regarding, discussing, analyzing, evidencing, showing, depicting, describing, implying and constituting.

7.      "This lawsuit" refers to the case identified in the case style above.

8.      The requests below only ask for information that are within your possession, custody and/or control.

9.      When producing the documents, please keep all documents segregated by the file in which the documents indicate the name of the file in which the documents are contained and the name of the documents being produced.

10.     In the event such file(s) or document(s) has been removed for the purposes of this action or other purpose, please state the name and address of the person who removed the file, the title of the file and each subfile, if any, maintained within the file and the present location of the file.

11.     If you choose to withhold any documents from production for inspection and copying on the ground of privilege or the like, it is requested that, in addition to identifying the documents so withheld, the general subject matter of the document, the date of the document and the specific grounds for withholding said documents.

12.     Unless otherwise stated below, the "relevant period" shall mean August 1, 2018 until the date you are providing your responses to this Request for Production.

13.     All interrogatories below are limited to the relevant period unless otherwise states.

14.     Responses should be modified and/or supplemented as required by the Florida Rules of Civil Procedure.

## DOCUMENTS TO BE PRODUCED

1.    Produce all documents, regardless of by whom prepared (including, but not limited to, any sign-in sheets, time records, etc.) showing or relating to all hours worked by Plaintiff for Ruchnaks during the relevant period.

2.    Produce the entire personnel file for Plaintiff.

3.    Produce Ruchnaks' tax returns for 2017 and 2018.

4.    Produce documents showing any and all payments made by Ruchnaks to Plaintiff during the relevant period.

5.    Produce all e-mails, texts, or documents evidencing Plaintiff's expected work hours during the relevant period.

6.    Produce all payroll practice guidelines, record keeping guidelines, memos or other directives instructing Ruchnaks's owners and or personnel on proper procedures for ensuring that employees received accurate compensation for all hours worked.

7.    Produce all documents relating to any prior actual or threatened claim for unpaid wages received by Ruchnaks during the previous five (5) years.

8.    Produce any organizational chart drafted or prepared by Ruchnaks that shows its organizational structure during all or any part of the relevant period.

9.    Produce Ruchnaks' corporate documents that contain information evidencing who has an ownership interest in Ruchnaks, how ownership is held, and/or how Ruchnaks' corporate structure was designed during the relevant period.

10.    Produce all documents showing the different manners (cash, credit card, wire, etc.) Ruchnaks accepted payment for its services during the relevant period.

PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

11. Produce all employee handbooks/manuals maintained by Ruchnaks that were effective during the relevant period.

12. Produce documents that reflect and/or evidence the job duties or type of work rendered by Plaintiff for Ruchnaks during the relevant period.

13. Produce all documents relating to a proposed, possible, or actual change in Plaintiff's job responsibilities during the relevant period.

14. Produce all time-records showing the hours worked by Plaintiff for Ruchnaks during the relevant period.

15. Produce any and all documents, correspondence, memoranda, notes or other communications exchanged between Ruchnaks (including its agents, employees, and officers) and Plaintiff relating to the allegations in Plaintiff's Complaint.

16. Produce all documents showing all training provided to Plaintiff in connection with his position(s) for Ruchnaks during the relevant period.

17. Produce all documents provided by Ruchnaks to Plaintiff relating to how Plaintiff should perform Plaintiff's job(s) during the relevant period.

18. Produce all tax documents (1099, W-2, etc.) issued by Ruchnaks to Plaintiff for work performed during the relevant period.

19. Produce documents listing the individuals employed by Ruchnaks during the relevant period, the positions of each individual employee, the classification of each individual employee, the individual's dates of employment, the duties of each individual, how each individual was compensated (hourly or salary), and/or each individual's name and last known contact information.

20.     Produce all contractual or memorialized agreements between the parties evidencing Plaintiff's work obligations that were effective during the relevant time period.

21.     Produce all contractual or franchise agreements between 7-Eleven and Ruchnaks during the relevant time period.

22.     Produce all documents in support of any contention that Plaintiff was exempt s from the overtime provisions of the FLSA during the relevant period as it relates to Ruchnaks.

23.     Produce all documents evidencing that Ruchnaks made a good-faith effort to comply with wage and hour regulations.

24.     Produce documents that relate in any way to the allegations in the operative Complaint.

25.     Produce all documents you believe support any defenses you may have to the allegations in Plaintiff's Complaint.

26.     Produce any and all documents used or relied upon by Ruchnaks in order to respond to Plaintiff's First Set of Interrogatories.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been served along with the Complaint in this matter.

Respectfully submitted,

By: /s/ *Waynice A. Green*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pererabarnhart.com
Valerie Barnhart, Esq.
Florida Bar No. 88549
valerie@pererabarnhart.com
Brody M. Shulman, Esq.
Florida Bar No. 92044
brody@pererabarnhart.com
Waynice A. Green, Esq.
Florida Bar No. 116175
waynice@pererabarnhart.com
**PERERA BARNHART, P.A.**
12555 Orange Drive, Suite 268
Davie, Florida 33330
Telephone: 786-485-5232
*Counsel for Plaintiff*

Filing # 87502765 E-Filed 04/04/2019 04:37:01 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: _____

ALI KORDBACHEH, and all others
similarly situated under 29 U.S. C. §216(b)

      Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF SERVING FIRST SET OF INTERROGATORIES TO DEFENDANT DJ ACQUISITIONS, LLC

      Plaintiff, ALI KORDBACHEH, by and through undersigned counsel, hereby provides notice that she has propounded interrogatories to be answered separately in writing and under oath by Defendant, BHARTI CORP, within forty-five (45) days, in accordance with Florida Rule of Civil Procedure 1.340.

**[*CERTIFICATE OF SERVICE TO FOLLOW*]**

PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was served along with the Complaint in this matter.

Respectfully submitted,

By: /s/ *Waynice A. Green*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pererabarnhart.com
Valerie Barnhart, Esq.
Florida Bar No. 88549
valerie@pererabarnhart.com
Brody M. Shulman, Esq.
Florida Bar No. 92044
brody@pererabarnhart.com
Waynice A. Green, Esq.
Florida Bar No. 116175
waynice@pererabarnhart.com
**PERERA BARNHART, P.A.**
12555 Orange Drive, Suite 268
Davie, Florida 33330
Telephone: 786-485-5232
*Counsel for Plaintiff*

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.:_____

ALI KORDBACHEH, and all others
similarly situated under 29 U.S. C. §216(b)

      Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

      Defendants.

_____/

### PLAINTIFF'S FIRST SET OF INTERROGATORIES TO BHARTI CORP.

Ali Kordbacheh ("Plaintiff"), by and through undersigned counsel, and pursuant to the Florida Rules of Civil Procedure, propounds the following written interrogatories on Defendant Bharti Corp. d/b/a 7-Eleven ("Bharti" or "Defendant") to be answered under oath within forty-five (45) days from the date of service.

### DEFINITIONS AND INSTRUCTIONS

Please refer to these definitions and instructions in providing your answers. Unless otherwise clearly indicated by the context thereof, the following definitions and instructions shall apply to each of the requests set forth below:

1.      All information is to be divulged that is in the possession, custody or control of the Defendant, including information in the possession, custody or control of each individual who acts,

or who has acted at relevant times, as the attorney, investigator, agent, or other representative for the Defendant.

2.      The term "Plaintiff" shall mean the Plaintiff in this action, Ali Kordbacheh.

3.      The term "you" or "your" means the party to which this request is addressed, and any person or entity that has at any time relevant to this action acted as attorney, consultant, accountant, actuary, expert, investigator, or agent of Bharti.

4.      The term "Document" is defined as broadly as permitted under the Florida Rules of Civil Procedure and includes all materials and things subject to production under those Rules. "Document" means the complete original or a true, correct and complete copy and any non-identical copies of any written or graphic matter no matter how produced, recorded, stored or reproduced, including, but not limited to, any writing, letter, facsimile, email or other electronic communication, memorandum, statement, book, confirmation, account statement, summary or record of conversations or interviews, diary, graph, report, notebook, note chart, summaries or reports of investigations or negotiations, opinions or reports of consultants, brochure, pamphlet, advertisement, circular, draft, canceled check, accountant's record, record, survey, map, study, handwritten note, working paper, chart, tabulation, tape, data sheet, data processing card, printout, microfilm, index, note of interview or communication or any other data compilation in your possession, custody or control including all drafts and non-identical copies of all such documents. The phrase "other data compilation" includes, but is not limited to, any material stored on or accessible through a computer, electronic organizer, audiotape, videotape, compact disk, diskette, or any other information storage or retrieval system.

5.      The term "all documents" shall mean every document as above-defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

6.      The words "and" and "or" shall be construed either conjunctively or disjunctively to bring within the scope of these interrogatories any information which might otherwise be construed to be outside their scope.

7.      The words "concerning" or "reflecting" includes referring to, responding to, relating to, connected with, regarding, discussing, analyzing, evidencing, showing, depicting, describing, reflecting, implying and constituting.

8.      "Identify" or "describe" when used with respect to a person means to state the name, address and telephone number of such person, and the name of the person's employer, place of employment and job title, if any.

9.      "Identify" or "describe" when used with respect to a document means to state the name and address of the custodian of the document, the location of the document, and a general description of the document, including: (1) the type of document (i.e., correspondence, memorandum, e-mail, etc.); (2) the general subject matter of the document; (3) the date of the document; (4) the author of the document; (5) the addressee of the document; and (6) the relationship of the author and addressee to each other.

10.     You may answer an interrogatory in whole or in part by attaching a document(s) (as defined herein) which contains the requested information.  Such document(s) may, if authenticated, be a copy of the original.  Any document(s) used to answer an interrogatory may contain other information as well; however, the relevant portion of said document(s) must be so marked or indexed.

11.     If any of the following interrogatories cannot be answered in full after exercising due diligence to secure the information, please so state and answer to the extent possible, specifying the nature and extent of your inability to answer the remainder, state whatever

information you have concerning the unanswered portions and identify the person(s) who may have additional knowledge or information regarding the subject.

12.     Unless otherwise stated below, the "relevant period" shall mean August 1, 2018 to the date you are providing answers to these interrogatories.

13.     All interrogatories below are limited to the relevant period unless otherwise stated.

14.     If any communication called for by (or responsive to) these interrogatories is withheld under any claim of privilege or on some other basis, identify the communication and state the privilege or other basis for withholding the information requested; and if the attorney-client privilege is asserted as the basis for withholding the information, identify the client and the attorney.

15.     These interrogatories are to be deemed continuing in nature and should be modified and/or supplemented as required by the Florida Rules of Civil Procedure.

16.     Please insert your answers in the space provided following each question.   If additional space is needed, so indicate in the space provided, prepare your answer on separate paper and attach.

## INTERROGATORIES

    1.      What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

    2.      Identify each and every person and/or entity that has held any ownership interest in Bharti during the relevant period and specify the ownership interest held by each.

    3.      List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues and/or defenses in this lawsuit or who has knowledge that may lead to discovery of relevant information in this case; and specify the subject matter about which the witness has knowledge. If any of the listed individuals will be produced in this litigation by Bharti or its counsel, please state so.

4.   State the following information regarding Plaintiff's employment with Bharti:

    a.   Each job/position/title for Plaintiff along a description of Plaintiff's duties. If there were any changes to Plaintiff's job/position/title, please state the date(s) of change and the reason for the change (promotion, lateral move, temporary reassignment, etc.);

    b.   Plaintiff's compensation structure or plan and any change in pay Plaintiff's compensation along with the date(s) of each change;

    c.   The name of all persons who take part in the obtaining and submission of employee time records, specifying individuals involved with Plaintiff's time records; and

    d.   The date Plaintiff was discharged and the name of the person who made the decision to discharge or separate Plaintiff from employment and the reason for Plaintiff's discharge.  In your answer, identify any documentation or evidence you believe supported your decision to terminated Plaintiff.

5.    Identify every person that has any information reflecting the hours worked by Plaintiff for Bharti and the duties carried out by Plaintiff for Bharti.  Include in your answer the full name, address and telephone number of each person.

6.    Identify every person who performed work for Bharti who has complained within the last three years about Bharti's failure to pay proper wages.  Include in your answer the full name, last known address and telephone number of each such person, the dates each person rendered services for Bharti and the type of services rendered by each person.

7.     Please identify all Bharti employees whose duties were similar to those performed by Plaintiff for Bharti and who were compensated in a manner similar to Plaintiff during the time period Plaintiff was employed with Bharti.

8.     Identify any other lawsuits, claims, grievances, administrative actions, or charges brought by or brought against Bharti for unpaid wages from calendar years 2015 through the present.  In your answer, please include a list of the names and last known addresses of all parties to any such claims, charges, grievances, administrative actions, or lawsuits, the court, docket number, the approximate date(s) of filing, and the final disposition.

9.     Describe Bharti's organizational structure, during the relevant period.  Include in your answer, the positions of each individual (i.e. manager, supervisor, owner), the individual's dates of employment, the duties of each individual, how each individual was compensated (hourly or salary), along with each individual's name and contact information.

10.     Identify all compensation paid by Bharti to Plaintiff, including the date when the payment was made, the amount of the payment, the person(s) that issued and/or delivered the payment, and in what form the payment was made (cash, check, etc.).

11.    Please list all oral or written statements made by Bharti or any of its agents that support any of your claims or defenses in this action, please detail the name of the individual who made the statement, when the statement was made and the substance of the statement.

12.    Identify all policies, practices, and guidelines Bharti utilized for tracking and/or keeping records of hours worked or overtime hours worked during the relevant period.

13.    Describe in detail Bharti's policies, procedures or practices for the payment of overtime compensation to employees during the relevant time period.

14.    Identify by name all electronic systems and/or programs or other methods used by Bharti to maintain records and that Bharti believes demonstrates the hours worked by Plaintiff for Bharti.  In your response, please identify the dates when the system and/or program began and ceased recording the hours worked by Plaintiff.

15.     Please list what methods were taken by Defendant to ensure that that Bharti was not in violation of the wage regulations set forth under the FLSA.

16.     Specify in detail each fact that the Defendant intends to rely upon for any of its affirmative defenses. For each such defense please also state whether Bharti has any documents to substantiate such allegations, and if so, identify each such document.

17.     If Bharti maintains that it is somehow exempt from the requirements of FLSA, specify the factual basis for such a contention including the appropriate reference to the appropriate statute, rule or regulation relied upon to support such a contention.

18.     Please identify what steps were utilized by Bharti to address complaints by employees alleging not to have received proper overtime wages and which, if any of these steps were utilized in addressing Plaintiff's complaints of not receiving proper overtime.

BHARTI CORP.

Signature: _____

Printed Name: _____

Title: _____

STATE OF _____   )

        ss.:

COUNTY OF _____   )

BEFORE ME the undersigned authority, personally appeared, _____, the

_____ of   BHARTI CORP., who executed the foregoing responses to

Plaintiff's First Set of Interrogatories to Defendant BHARTI CORP., and stated that such answers

are true and correct.

  Sworn to and subscribed before me this _____ day of _____, 2019.

Notary Public, State of _____

Print or Stamp Name: _____

Commission No: _____

My Commission Expires: _____

NOT A CERTIFIED COPY

Filing # 87502765 E-Filed 04/04/2019 04:37:01 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.:_____

ALI KORDBACHEH, and all others
similarly situated under 29 U.S. C. §216(b)

     Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

     Defendants.

_____/

### PLAINTIFF'S NOTICE OF SERVING FIRST SET OF INTERROGATORIES TO DEFENDANT DJ ACQUISITIONS, LLC

Plaintiff, ALI KORDBACHEH, by and through undersigned counsel, hereby provides

notice that she has propounded interrogatories to be answered separately in writing and under oath

by Defendant, RUCHNAKS CORPORATION, within forty-five (45) days, in accordance with

Florida Rule of Civil Procedure 1.340.

### [*CERTIFICATE OF SERVICE TO FOLLOW*]

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was served along with the Complaint in this matter.

Respectfully submitted,

By: /s/ *Waynice A. Green*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pererabarnhart.com
Valerie Barnhart, Esq.
Florida Bar No. 88549
valerie@pererabarnhart.com
Brody M. Shulman, Esq.
Florida Bar No. 92044
brody@pererabarnhart.com
Waynice A. Green, Esq.
Florida Bar No. 116175
waynice@pererabarnhart.com
**PERERA BARNHART, P.A.**
12555 Orange Drive, Suite 268
Davie, Florida 33330
Telephone: 786-485-5232
*Counsel for Plaintiff*

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.:_____

ALI KORDBACHEH, and all others
similarly situated under 29 U.S. C. §216(b)

      Plaintiff(s),

vs.

RUCHNAKS CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
RUCHNAKSBEN SHAH, individually,

      Defendants.

_____/

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO RUCHNAKS CORPORATION

Ali Kordbacheh ("Plaintiff"), by and through undersigned counsel, and pursuant to the

Florida Rules of Civil Procedure, propounds the following written interrogatories on Defendant

Ruchnaks Corporation d/b/a 7-Eleven ("Ruchnaks" or "Defendant") to be answered under oath

within forty-five (45) days from the date of service.

## DEFINITIONS AND INSTRUCTIONS

Please refer to these definitions and instructions in providing your answers. Unless

otherwise clearly indicated by the context thereof, the following definitions and instructions shall

apply to each of the requests set forth below:

1.     All information is to be divulged that is in the possession, custody or control of the

Defendant, including information in the possession, custody or control of each individual who acts,

or who has acted at relevant times, as the attorney, investigator, agent, or other representative for the Defendant.

2.      The term "Plaintiff" shall mean the Plaintiff in this action, Ali Kordbacheh.

3.      The term "you" or "your" means the party to which this request is addressed, and any person or entity that has at any time relevant to this action acted as attorney, consultant, accountant, actuary, expert, investigator, or agent of Ruchnaks.

4.      The term "Document" is defined as broadly as permitted under the Florida Rules of Civil Procedure and includes all materials and things subject to production under those Rules. "Document" means the complete original or a true, correct and complete copy and any non-identical copies of any written or graphic matter no matter how produced, recorded, stored or reproduced, including, but not limited to, any writing, letter, facsimile, email or other electronic communication, memorandum, statement, book, confirmation, account statement, summary or record of conversations or interviews, diary, graph, report, notebook, note chart, summaries or reports of investigations or negotiations, opinions or reports of consultants, brochure, pamphlet, advertisement, circular, draft, canceled check, accountant's record, record, survey, map, study, handwritten note, working paper, chart, tabulation, tape, data sheet, data processing card, printout, microfilm, index, note of interview or communication or any other data compilation in your possession, custody or control including all drafts and non-identical copies of all such documents. The phrase "other data compilation" includes, but is not limited to, any material stored on or accessible through a computer, electronic organizer, audiotape, videotape, compact disk, diskette, or any other information storage or retrieval system.

5.      The term "all documents" shall mean every document as above-defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

6. The words "and" and "or" shall be construed either conjunctively or disjunctively to bring within the scope of these interrogatories any information which might otherwise be construed to be outside their scope.

7. The words "concerning" or "reflecting" includes referring to, responding to, relating to, connected with, regarding, discussing, analyzing, evidencing, showing, depicting, describing, reflecting, implying and constituting.

8. "Identify" or "describe" when used with respect to a person means to state the name, address and telephone number of such person, and the name of the person's employer, place of employment and job title, if any.

9. "Identify" or "describe" when used with respect to a document means to state the name and address of the custodian of the document, the location of the document, and a general description of the document, including: (1) the type of document (i.e., correspondence, memorandum, e-mail, etc.); (2) the general subject matter of the document; (3) the date of the document; (4) the author of the document; (5) the addressee of the document; and (6) the relationship of the author and addressee to each other.

10. You may answer an interrogatory in whole or in part by attaching a document(s) (as defined herein) which contains the requested information. Such document(s) may, if authenticated, be a copy of the original. Any document(s) used to answer an interrogatory may contain other information as well; however, the relevant portion of said document(s) must be so marked or indexed.

11. If any of the following interrogatories cannot be answered in full after exercising due diligence to secure the information, please so state and answer to the extent possible, specifying the nature and extent of your inability to answer the remainder, state whatever

information you have concerning the unanswered portions and identify the person(s) who may have additional knowledge or information regarding the subject.

12.     Unless otherwise stated below, the "relevant period" shall mean August 1, 2018 to the date you are providing answers to these interrogatories.

13.     All interrogatories below are limited to the relevant period unless otherwise stated.

14.     If any communication called for by (or responsive to) these interrogatories is withheld under any claim of privilege or on some other basis, identify the communication and state the privilege or other basis for withholding the information requested; and if the attorney-client privilege is asserted as the basis for withholding the information, identify the client and the attorney.

15.     These interrogatories are to be deemed continuing in nature and should be modified and/or supplemented as required by the Florida Rules of Civil Procedure.

16.     Please insert your answers in the space provided following each question.  If additional space is needed, so indicate in the space provided, prepare your answer on separate paper and attach.

## INTERROGATORIES

    1.    What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

    2.    Identify each and every person and/or entity that has held any ownership interest in Ruchnaks during the relevant period and specify the ownership interest held by each.

    3.    List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues and/or defenses in this lawsuit or who has knowledge that may lead to discovery of relevant information in this case; and specify the subject matter about which the witness has knowledge. If any of the listed individuals will be produced in this litigation by Ruchnaks or its counsel, please state so.

4.     State the following information regarding Plaintiff's employment with Ruchnaks:

a.  Each job/position/title for Plaintiff along a description of Plaintiff's duties. If there were any changes to Plaintiff's job/position/title, please state the date(s) of change and the reason for the change (promotion, lateral move, temporary reassignment, etc.);

b.  Plaintiff's compensation structure or plan and any change in pay Plaintiff's compensation along with the date(s) of each change;

c.  The name of all persons who take part in the obtaining and submission of employee time records, specifying individuals involved with Plaintiff's time records; and

d.  The date Plaintiff was discharged and the name of the person who made the decision to discharge or separate Plaintiff from employment and the reason for Plaintiff's discharge. In your answer, identify any documentation or evidence you believe supported your decision to terminated Plaintiff.

5.     Identify every person that has any information reflecting the hours worked by Plaintiff for Ruchnaks and the duties carried out by Plaintiff for Ruchnaks.  Include in your answer the full name, address and telephone number of each person.

6.     Identify every person who performed work for Ruchnaks who has complained within the last three years about Ruchnaks' failure to pay proper wages.  Include in your answer the full name, last known address and telephone number of each such person, the dates each person rendered services for Ruchnaks and the type of services rendered by each person.

7.     Please identify all Ruchnaks employees whose duties were similar to those performed by Plaintiff for Ruchnaks and who were compensated in a manner similar to Plaintiff during the time period Plaintiff was employed with Ruchnaks.

8.     Identify any other lawsuits, claims, grievances, administrative actions, or charges brought by or brought against Ruchnaks for unpaid wages from calendar years 2015 through the present.  In your answer, please include a list of the names and last known addresses of all parties to any such claims, charges, grievances, administrative actions, or lawsuits, the court, docket number, the approximate date(s) of filing, and the final disposition.

9.      Describe Ruchnaks' organizational structure, during the relevant period.  Include in your answer, the positions of each individual (i.e. manager, supervisor, owner), the individual's dates of employment, the duties of each individual, how each individual was compensated (hourly or salary), along with each individual's name and contact information.



10.      Identify all compensation paid by Ruchnaks to Plaintiff, including the date when the payment was made, the amount of the payment, the person(s) that issued and/or delivered the payment, and in what form the payment was made (cash, check, etc.).

11.    Please list all oral or written statements made by Ruchnaks or any of its agents that support any of your claims or defenses in this action, please detail the name of the individual who made the statement, when the statement was made and the substance of the statement.

12.    Identify all policies, practices, and guidelines Ruchnaks utilized for tracking and/or keeping records of hours worked or overtime hours worked during the relevant period.

13.     Describe in detail Ruchnaks' policies, procedures or practices for the payment of overtime compensation to employees during the relevant time period.

14.     Identify by name all electronic systems and/or programs or other methods used by Ruchnaks to maintain records and that Ruchnaks believes demonstrates the hours worked by Plaintiff for Ruchnaks.  In your response, please identify the dates when the system and/or program began and ceased recording the hours worked by Plaintiff.

15.     Please list what methods were taken by Defendant to ensure that that Ruchnaks was not in violation of the wage regulations set forth under the FLSA.

16.     Specify in detail each fact that the Defendant intends to rely upon for any of its affirmative defenses. For each such defense please also state whether Ruchnaks has any documents to substantiate such allegations, and if so, identify each such document.

17.   If Ruchnaks maintains that it is somehow exempt from the requirements of FLSA, specify the factual basis for such a contention including the appropriate reference to the appropriate statute, rule or regulation relied upon to support such a contention.

18.   Please identify what steps were utilized by Ruchnaks to address complaints by employees alleging not to have received proper overtime wages and which, if any of these steps were utilized in addressing Plaintiff's complaints of not receiving proper overtime.

NOT A CERTIFIED COPY

RUCHNAKS CORPORATION

Signature: _____

Printed Name: _____

Title: _____

STATE OF _____ )

                    ss.:

COUNTY OF _____ )

BEFORE ME the undersigned authority, personally appeared, _____, the

_____ of   RUCHNAKS CORPORATION, who executed the foregoing

responses to Plaintiff's First Set of Interrogatories to Defendant RUCHNAKS CORPORATION,

and stated that such answers are true and correct.

      Sworn to and subscribed before me this _____ day of _____, 2019.

Notary Public, State of _____

Print or Stamp Name: _____

Commission No: _____

My Commission Expires: _____



**SHARON R. BOCK**

CLERK & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

**RECEIPT**
3113027

Printed On:
04/05/2019 09:31
Page 1 of 1

| Receipt Number: 3113027 - Date 04/05/2019  Time 9:31AM | |
|---|---|
| Received of: | Jorge Freddy Perera<br>12555 Orange Drive<br>Second Floor<br>Davie, FL 33330 |

| | | | |
|---|---|---|---|
| Cashier Name: | ADMIN | Balance Owed: | 401.00 |
| Cashier Location: | E-Filing | Total Amount Paid: | 401.00 |
| Receipt ID: | 9385688 | Remaining Balance: | 0.00 |
| Division: | AD: Circuit Civil Central - AD(Civil) | | |

| Case# 50-2019-CA-004432-XXXX-MB -- PLAINTIFF/PETITIONER: KORDBACHEH, ALI | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 401.00 | 401.00 | 0.00 |
| **Case Total** | **401.00** | **401.00** | **0.00** |

| Payments | | |
|---|---|---|
| Type | Ref# | Amount |
| EFiling_CREDITCARD | 24367610 | 401.00 |
| **Total Received** | | **401.00** |
| **Total Paid** | | **401.00** |

**How was your service today?**  We want to hear your comments or questions.  Please e-mail your feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.

NOT A CERTIFIED COPY

Filing # 88492718 E-Filed 04/24/2019 07:06:27 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 50-2019-CA-004432-XXXX-MB

ALI KORDBACHEH, and all others
similarly situated under 29 U.S.C. §216(b)

     Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

_____Defendants._____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

     YOU ARE HEREBY COMMANDED to serve this Summons, First Request for Admissions, First Request for Production, First Set of Interrogatories and a copy of the Complaint to Defendant:

**BHARTI CORP. d/b/a 7-ELEVEN**
**THROUGH ITS REGISTERED AGENT:**
**BHARTI SHAH**
**12021 SOUTHERN BLVD,**
**LOXAHATCHEE, FL 33470**

     Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **Waynice Green, Esq.,** Perera Barnhart, 12555 Orange Drive, Second Floor, Davie, FL 33330 within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

     DATED ON **Apr 25 2019**, 2019.

SHARON R. BOCK, ESQ
By: _____
As Deputy Clerk
**JOSIE LUCCE**

1

PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

## SUMMONS:

## PERSONAL SERVICE OF A CORPORATION

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and you wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o priva de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandante o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour depposer une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat. Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:      Waynice Green, Esq.
                  Fla. Bar No.: 116175

Address:      Perera Barnhart
                  12555 Orange Drive
                  Second Floor
                  Davie, FL 33330
                  (786) 485-5232

NOT A CERTIFIED COPY

Filing # 88492718 E-Filed 04/24/2019 07:06:27 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 50-2019-CA-004432-XXXX-MB

ALI KORDBACHEH, and all others
similarly situated under 29 U.S.C. §216(b)

      Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

      Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons First Request for Admissions, First Request for Production, First Set of Interrogatories and a copy of the Complaint to Defendant:

**RUCHNAKS CORPORATION d/b/a 7-ELEVEN**
**THROUGH ITS REGISTERED AGENT:**
**BHARTIBEN VINAYKUMAR SHAH**
**11139 NARRAGANSETT BAY COURT**
**WELLINGTON, FL 33414**

      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **Waynice Green Esq.,** Perera Barnhart, 12555 Orange Drive, Second Floor, Davie, FL 33330 within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

      DATED ON **Apr 25 2019**, 2019.

           SHARON R. BOCK, ESQ
           By: _____
              As Deputy Clerk
           1  **JOSIE LUCCE**
           PERERA BARNHART

12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

## SUMMONS:

## PERSONAL SERVICE OF A CORPORATION

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court. A phone call will not protect you. Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and you wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o priva de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandante o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposser une response ecite a la plainte cijointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat. Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

2

PERERA BARNHART

12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:        Waynice Green, Esq.
                 Fla. Bar No.: 116175

Address:         Perera Barnhart
                 12555 Orange Drive
                 Second Floor
                 Davie, FL 33330
                 (786) 485-5232

Filing # 88492718 E-Filed 04/24/2019 07:06:27 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 50-2019-CA-004432-XXXX-MB

ALI KORDBACHEH, and all others
similarly situated under 29 U.S. C. §216(b)

       Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

_____/
      Defendants.

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint
to Defendant:

**BHARTIBEN SHAH**
**11139 NARRAGANSETT BAY COURT**
**WELLINGTON, FL 33414**

      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney,
whose name and address is: **Waynice Green, Esq.,** Perera Barnhart, 12555 Orange Drive, Second
Floor, Davie, FL 33330 within 20 calendar days after service of this summons on that Defendant,
exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court
either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do
so, a default will be entered against that Defendant for the relief demanded in the complaint or
petition.

      DATED ON **Apr 25 2019**, 2019.

                SHARON R. BOCK, ESQ
                By: _____
                   As Deputy Clerk

          1   **JOSIE LUCCE**
             PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

**SUMMONS:**

**PERSONAL SERVICE OF A CORPORATION**

**IMPORTANT**

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and you wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o priva de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandante o Abogado de Demandante).

**IMPORTANT**

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour depposer une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:      Waynice Green, Esq.
               Fla. Bar No.: 116175

Address:       Perera Barnhart
               12555 Orange Drive
               Second Floor
               Davie, FL 33330
               (786) 485-5232



**SHARON R. BOCK**

CLERK & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

**RECEIPT**
3140278

Printed On:
04/25/2019 12:12
Page 1 of 1

| Receipt Number: 3140278 - Date 04/25/2019 Time 12:12PM | |
|---|---|
| Received of: | Jorge Freddy Perera<br>112555 Orange Drive<br>Second Floor<br>Davie, FL 33330 |

| | | | |
|---|---|---|---|
| Cashier Name: | ADMIN | Balance Owed: | 30.00 |
| Cashier Location: | E-Filing | Total Amount Paid: | 30.00 |
| Receipt ID: | 9414302 | Remaining Balance: | 0.00 |
| Division: | AD: Circuit Civil Central - AD(Civil) | | |

| Case# 50-2019-CA-004432-XXXX-MB -- PLAINTIFF/PETITIONER: KORDBACHEH, ALI | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 30.00 | 30.00 | 0.00 |
| Case Total | 30.00 | 30.00 | 0.00 |

| Payments | | |
|---|---|---|
| Type | Ref# | Amount |
| EFiling_CREDITCARD | 24543954 | 30.00 |
| Total Received | | 30.00 |
| Total Paid | | 30.00 |

**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your
feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.

NOT A CERTIFIED COPY

Filing # 88738068 E-Filed 04/30/2019 12:29:21 PM

## RETURN OF SERVICE

**State of Florida**                    **County of PALM BEACH**                    **Circuit Court**

Case Number 50-2019-CA-004432-XXXX-MB

Plaintiff
**ALI KORDBACHEH**

vs.

Defendant
**BHARTI CORP.,D/B/A 7-ELEVEN ET AL**

For
WAYNICE A GREEN
PERERA BARNHART
12555 ORANGE DR
SECOND FLOOR
DAVIE, FL 33330

Received by OJF SERVICES, INC on the 25th day of April, 2019 at 2:11 pm to be served on **BHARTIBEN SHAH, 11139 NARRAGANSETT BAY COURT, WELLINGTON, FL 33414**

I, Liz Mills, do hereby affirm that on the 26th day of April, 2019 at 3:00 pm, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to:
**BHARTIBEN SHAH** at the address of: 12021 SOUTHERN BLVD, LOXAHATCHEE, FL 33470 with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America

**Additional Information pertaining to this Service:**
UNABLE TO LOCATE THE DEFENDANT AT THE ORIGINAL ADDRESS PROVIDED. I THEN ATTEMPTED 12021 SOUTHERN BLVD, LOXAHATCHEE, FL 33470, WHERE SERVICE WAS COMPLETED.

Description of Person Served: Age 60+, Sex: F, Race/Skin Color: MIDDLE EASTERN, Height: 5'5", Weight: 130, Hair: BLACK, Glasses: N



## RETURN OF SERVICE For 50-2019-CA-004432-XXXX-MB

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. *UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92 525.

Liz Mills
CPS #890

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2019006739

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0n

Filing # 88492718 E-Filed 04/24/2019 07:06:27 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 50-2019-CA-004432-XXXX-MB

ALI KORDBACHEH, and all others
similarly situated under 29 U.S. C. §216(b)

      Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

      Defendants. _____ /

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint
to Defendant:

**BHARTIBEN SHAH**
**11139 NARRAGANSETT BAY COURT**
**WELLINGTON, FL 33414**

      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney,
whose name and address is: **Waynice Green, Esq.,** Perera Barnhart, 12555 Orange Drive, Second
Floor, Davie, FL 33330 within 20 calendar days after service of this summons on that Defendant,
exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court
either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do
so, a default will be entered against that Defendant for the relief demanded in the complaint or
petition.

      DATED ON **Apr 25 2019** , 2019.

SHARON R. BOCK, ESQ
By: _____
As Deputy Clerk

1  **JOSIE LUCCE**
PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

## SUMMONS:

## PERSONAL SERVICE OF A CORPORATION

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court. A phone call will not protect you. Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and you wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o priva de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandante o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposser une response ecite a la plainte cijointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat. Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:      Waynice Green, Esq.
                Fla. Bar No.: 116175

Address:      Perera Barnhart
                12555 Orange Drive
                Second Floor
                Davie, FL 33330
                (786) 485-5232

NOT A CERTIFIED COPY

Filing # 88738068 E-Filed 04/30/2019 12:29:21 PM

### RETURN OF SERVICE

State of Florida                County of PALM BEACH                Circuit Court

Case Number: 50-2019-CA-004432-XXXX-MB

Plaintiff:
ALI KORDBACHEH

vs.

Defendant:
BHARTI CORP., D/B/A 7-ELEVEN ET AL

For:
WAYNICE A. GREEN
PERERA BARNHART
12555 ORANGE DR
SECOND FLOOR
DAVIE, FL 33330

Received by OJF SERVICES, INC on the 25th day of April, 2019 at 2 11 pm to be served on **RUCHNAKS CORPORATION D/B/A 7-ELEVEN REG. AGENT BHARTIBEN VINAYKUMAR SHAH, 11139 NARRAGANSETT BAY COURT, WELLINGTON, FL 33414**

I, Liz Mills, do hereby affirm that on the 26th day of April, 2019 at 3:00 pm, I:

**CORPORATE - REGISTERED AGENT:**  served by delivering a true copy of the **SUMMONS, COMPLAINT, FIRST REQUEST TO PRODUCE, FIRST SET OF INTERROGATORIES AND REQUEST FOR ADMISSION** with the date and hour of service endorsed thereon by me, to **BHARTI SHAH as Registered Agent At the address of 12021 SOUTHERN BLVD, LOXAHATCHEE, FL 33470 for RUCHNAKS CORPORATION D/B/A 7-ELEVEN REG. AGENT BHARTIBEN VINAYKUMAR SHAH**, and informed said person of the contents therein, in compliance with state statutes.

Additional Information pertaining to this Service:
UNABLE TO LOCATE THE DEFENDANT AT THE ORIGINAL ADDRESS PROVIDED. I THEN ATTEMPTED 12021 SOUTHERN BLVD, LOXAHATCHEE, FL 33470, WHERE SERVICE WAS COMPLETED

Description of Person Served  Age: 60+  Sex  F,  Race/Skin Color  MIDDLE EASTERN, Height  5 5", Weight  130, Hair  BLACK, Glasses  N



## RETURN OF SERVICE For 50-2019-CA-004432-XXXX-MB

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92 525.

NOT A CERTIFIED COPY

Liz Mills
CPS #890

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2019006740

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.3^

Filing # 88492718 E-Filed 04/24/2019 07:06:27 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 50-2019-CA-004432-XXXX-MB

ALI KORDBACHEH, and all others
similarly situated under 29 U.S. C. §216(b)

     Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

     Defendants.           /

*4/26/19 UM   3:00PM   890*

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

     YOU ARE HEREBY COMMANDED to serve this Summons First Request for
Admissions, First Request for Production, First Set of Interrogatories and a copy of the Complaint
to Defendant:

**RUCHNAKS CORPORATION d/b/a 7-ELEVEN**
**THROUGH ITS REGISTERED AGENT:**
**BHARTIBEN VINAYKUMAR SHAH**
**11139 NARRAGANSETT BAY COURT**
**WELLINGTON, FL 33414**

     Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney,
whose name and address is: **Waynice Green Esq.**, Perera Barnhart, 12555 Orange Drive, Second
Floor, Davie, FL 33330 within 20 calendar days after service of this summons on that Defendant,
exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court
either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do
so, a default will be entered against that Defendant for the relief demanded in the complaint or
petition.

     DATED ON **Apr 25 2019** , 2019.

                SHARON R. BOCK, ESQ
                By:
                    As Deputy Clerk
                   1  **JOSIE LUCCE**

                PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

Filing # 88738068 E-Filed 04/30/2019 12:29:21 PM

## RETURN OF SERVICE

State of Florida                County of PALM BEACH                    Circuit Court

Case Number 50-2019-CA-004432-XXXX-MB

Plaintiff:
ALI KORDBACHEH

vs.

Defendant:
BHARTI CORP.,D/B/A 7-ELEVEN ET AL

For
WAYNICE A. GREEN
PERERA BARNHART
12565 ORANGE DR
SECOND FLOOR
DAVIE, FL 33330

Received by OJF SERVICES, INC. on the 25th day of April, 2019 at 2:11 pm to be served on BHARTI CORP., D/B/
A 7-ELEVEN REG. AGENT BHARTI SHAH, 12021 SOUTHERN BLVD, LOXAHATCHEE, FL 33470

I, Liz Mills, do hereby affirm that on the 26th day of April, 2019 at 3:00 pm, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS, COMPLAINT,
FIRST REQUEST TO PRODUCE, FIRST SET OF INTERROGATORIES AND REQUEST FOR ADMISSION** with
the date and hour of service endorsed thereon by me, to: **BHARTI SHAH as Registered Agent** At the address of:
12021 SOUTHERN BLVD, LOXAHATCHEE, FL 33470 for BHARTI CORP., D/B/A 7-ELEVEN REG. AGENT
BHARTI SHAH, and informed said person of the contents therein, in compliance with state statutes

Description of Person Served: Age: 60+, Sex: F, Race/Skin Color: MIDDLE EASTERN, Height: 5'5", Weight: 130,
Hair: BLACK, Glasses: N

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A
CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS
WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
(DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE. 92.525.

Liz Mills
CPS #890

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number  OJF-2019006741

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0h

Filing # 88492718 E-Filed 04/24/2019 07:06:27 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 50-2019-CA-004432-XXXX-MB

ALI KORDBACHEH, and all others
similarly situated under 29 U.S.C. §216(b)

      Plaintiff(s),

vs.

BHARTI CORP., a Florida Profit Corporation,
d/b/a 7-ELEVEN
RUCHNAKS CORPORATION,
a Florida Profit Corporation,
d/b/a 7-ELEVEN and
BHARTIBEN SHAH, individually,

_____Defendants._____/

*4/26/19 LM    3:00PM 89U* (handwritten)

### SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons, First Request for Admissions, First Request for Production, First Set of Interrogatories and a copy of the Complaint to Defendant:

**BHARTI CORP. d/b/a 7-ELEVEN**
**THROUGH ITS REGISTERED AGENT:**
**BHARTI SHAH**
**12021 SOUTHERN BLVD,**
**LOXAHATCHEE, FL 33470**

      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **Waynice Green, Esq.**, Perera Barnhart, 12555 Orange Drive, Second Floor, Davie, FL 33330 within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

      DATED ON **Apr 25 2019** , 2019.

               SHARON R. BOCK, ESQ
               By:
               As Deputy Clerk
               **JOSIE LUCCE**

1

PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

## SUMMONS:

## PERSONAL SERVICE OF A CORPORATION

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and you wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o priva de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandante o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour depposer une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

2
PERERA BARNHART
12555 ORANGE DRIVE · SECOND FLOOR · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:      Waynice Green, Esq.
               Fla. Bar No.: 116175

Address:       Perera Barnhart
               12555 Orange Drive
               Second Floor
               Davie, FL 33330
               (786) 485-5232

NOT A CERTIFIED COPY